UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TAMIE D. STEARNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:05CV156 CDP |
| | ) | |
| MICHAEL J. ASTRUE,[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the complaint of Tamie D. Stearns for judicial review under 42 U.S.C. § 405(g) of defendant's final decision denying her application for Disability Insurance Benefits under Title II of the Social Security Act. I referred this matter to United States Magistrate Judge Lewis M. Blanton for a report and recommendation on all dispositive and non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On February 5, 2007, Judge Blanton filed his recommendation that the decision of the Commissioner be affirmed without further proceedings. Plaintiff has not filed any objections and her time for doing so has expired.

---

[1]Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue will, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

After careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Blanton set forth in support of his Report and Recommendation of February 5, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [# 12] is adopted in its entirety, and the complaint of Tamie D. Stearns is **DISMISSED** without further proceedings.

A separate judgment will be entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2007.